## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD L. WELLER, | : | |
|     Plaintiff | : | |
| | : | No. 1:18-cv-00655 |
| v. | : | |
| | : | (Judge Rambo) |
| FRANKLIN COUNTY JAIL et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 16th day of April 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 6), construed as a motion to proceed without the full prepayment of the filing fee, is **GRANTED**;

2. Plaintiff's motion to appoint counsel (Doc. No. 5), is **DENIED without prejudice**;

3. Plaintiff's complaint (Doc. No. 1), is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and for failure to comply with Fed. R. Civ. P. 8(a);

4. Plaintiff is permitted to file an amended complaint within twenty (20) days from the date hereof and in accordance with the accompanying Memorandum; and

5. If Plaintiff fails to file an amended complaint within twenty (20) days from the date hereof, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      s/Sylvia H. Rambo
      SYLVIA H. RAMBO
      United States District Judge