IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD L. WELLER,  :  <br>     Plaintiff        : <br>                      : <br>     v.               : <br>                      : <br> FRANKLIN COUNTY JAIL et al., : <br>     Defendants  : | No. 1:18-cv-00655 <br><br> (Judge Rambo) |

## ORDER

**AND NOW**, on this 27th day of June 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                          s/Sylvia H. Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge

Dated: June 27, 2018